## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KPH HEALTHCARE SERVICES, INC., a/k/a KINNEY DRUGS, INC., individually and on behalf of all other similarly situated, | |
| Plaintiff, | Civil Action No. 20-CV-01096-CM |
| v. | Hon. Colleen McMahon |
| ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., ASTRAZENECA UK LIMITED, HANDA PHARMACEUTICALS, LLC, and PAR PHARMACEUTICAL, INC. | |
| Defendants. | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, this action was filed in the Southern District of New York on February 7, 2020; a statement of relatedness to matters pending before Your Honor was filed on March 16, 2020; and the case was assigned to Your Honor on April 30, 2020 (Dkt. Nos. 1, 21);

WHEREAS, in May and June 2020, the parties completed the briefing of Defendants' Motions to Dismiss or Transfer this action (Dkt. Nos. 46, 51, 53);

WHEREAS, Plaintiff agreed to be bound to this Court's resolution of Defendants' Motion to Dismiss or Transfer in the related, earlier-filed *JM Smith* case (19-cv-7233), with respect to venue (Dkt. No. 46, at 1);

WHEREAS, on August 11 and 12, 2020, this Court entered Orders granting Motions to Transfer the *JM Smith* case—which involves the same putative class of direct purchasers and same forum selection clause as are implicated by Plaintiff's complaint—as well as other related actions, to the United States District Court for the District of Delaware (*see* 19-cv-07233-CM,

2

Dkt. No. 90; 19-cv-9999-CM, Dkt. 72; 19-cv-10049-CM, Dkt. No. 58; 19-cv-09271-CM, Dkt.

No. 23; 20-cv-4483-CM, Dkt. 19).

ACCORDINGLY, IT IS HEREBY STIPULATED THAT this action shall be transferred

to the United States District Court for the District of Delaware pursuant to 28 U.S.C. 1404.

DATED: September 9, 2020

Respectfully submitted by:

By: /s/ Benjamin M. Greenblum
Benjamin M. Greenblum
**WILLIAMS & CONNOLLY LLP**
650 Fifth Avenue, Suite 1500
New York, New York 10019
Tel.: (646) 949-2800
bgreenblum@wc.com

John E. Schmidtlein (*pro hac vice*)
Colette T. Connor (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.:  (202) 434-5000
Fax:  (202) 434-5029
jschmidtlein@wc.com
cconnor@wc.com

*Attorneys for Defendants AstraZeneca*
*Pharmaceuticals L.P, AstraZeneca L.P,*
*AstraZeneca UK Limited*

By: /s/ Andrew J. Frackman
Andrew J. Frackman (S.B. #1751288)
Brett J. Williamson  (S.B. #5353925)
Carolyn S. Wall (S.B. #5085055)
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square

By: /s/ Dianne M. Nast
Dianne M. Nast (*pro hac vice*)
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tel.: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com

Michael L. Roberts (*pro hac vice*)
**ROBERTS LAW FIRM, PA**
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us

*Attorneys for Plaintiff KPH Healthcare*
*Services, Inc. a/k/a Kinney Drugs, Inc.*

New York, New York 10036
afrackman@omm.com
bwilliamson@omm.com
cwall@omm.com
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for Defendant Par Pharmaceutical, Inc.*

By: /s/ *Christopher J. Marino*
Christopher J. Marino (CM0532)
**DAVIS MALM & D'AGOSTINE, P.C.**
One Boston Place, 37th Floor
Boston, MA 02108
Tel.: (617) 367-2500
Fax: (617) 523-6215
cmarino@davismalm.com

*Attorneys for Defendant Handa Pharmaceuticals, LLC*

**IT IS SO ORDERED.**

Dated: _____, 2020          By: _____

                                                     Hon. Colleen McMahon
                                                     United States District Judge